UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

> **Directions:** Counsel for a prevailing party seeking costs must file this (or like) form within fourteen days after entry of judgment, even if a petition for rehearing or other post-judgment motion is filed. A late bill of costs must be accompanied by a motion for leave to extend filing time. The docketing fee (if the appellant prevails) and the cost of reproducing formal briefs and appendices are the only costs taxable in the court of appeals. Other costs must be settled at the district court level, including the cost of the transcript, the fee for filing the notice of appeal, and the premiums for any required appeal bond. Any objections to costs must be filed within 14 days (plus three days for electronic service) of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

BILL OF COSTS FORM

THE CLERK IS REQUESTED TO TAX COSTS IN FAVOR OF THE PREVAILING PARTY PURSUANT TO FRAP 39 AND LOCAL RULE 39(a) AND (b) AS FOLLOWS:

| A. Case Number & Caption | 08-1858; US Airline Pilots Ass'n v. AWAPPA |
|---|---|
| B. Prevailing Party Claiming Costs | Appellees AWAPPA, et al. |
| C. Docketing Fee Claimed ($450 for appeals filed on or after April 9, 2006) | |
| D. Actual Printing Charges Incurred by Counsel (attach bills) | $455.84 |
| E. Local Rule 39(a) Cap on Taxable Printing Costs ($4.00 per original page of formal briefs & appendices, based on page count in docket entry) | Total original brief/appendix pages:  [   130   ]  x $4.00 / pg<br>Total of Local Rule 39(a) Printing Cap  [  $520.00  ] |
| F. Lesser of Boxes D and E | $455.84 |
| Total Costs Claimed (total of boxes C & F) | |

1. Counsel must attach itemized bills if copying was done by a commercial printer. If copying was done in-house, counsel must attach a statement showing the total pages copied and the amount charged per page.

2. If costs are sought for or against the United States, or its agency or officer, counsel must cite statutory authority for the award of costs here: [                                                                    ].

3. Counsel must certify the accuracy of the bill of costs by signing below: I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

Signature: __s/John M. West_____    Date: __August 6, 2010_____

Certificate of Service

I certify that on this date I served this document as follows:
Electronically through the CM/ECF system

Signature: __s/John M. West_____    Date: __August 6, 2010_____



**CRG**
WASHINGTON, DC | PHILADELPHIA, PA | NORTHERN VA
202-682-1100 | 215-569-0500 | 703-448-3838

1444 Eye Street NW
Lower Level
Washington, DC 20005
202-682-1100
www.crglegal.com

# INVOICE

TERMS NET
15 DAYS

| | |
|---|---|
| Invoice Date | 1/12/2010 |
| Account # | BREDHOFF |
| Invoice # | 10-1043 |
| Job # | 01051 |
| Due Date | 1/27/2010 |

**Bill To:**

Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, NW
Washington DC 20005

**Ship To:**

Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, NW
Washington DC 20005

| Order Date | Account Manager | Client/ Matter # | Ordered By |
|---|---|---|---|
| 1/11/2010 | GS | 536-2 | Pat Johnson |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| D-Heavy Litigation | 1,375 | D-Heavy Litigation | 0.12 | 165.00T |
| Binding | 25 | Binding Services | 2.50 | 62.50T |
| | | Sales tax | 6.00% | 13.65 |

GL-1203
OC-11
OK.
536-2

ORIGINAL INVOICE
Please forward for payment

Please Remit to:
Counselor Resource Group, LLC
1444 Eye Street NW
Lower Level
Washington DC 20005
202-682-1100

Tax ID# 202137300

**Payments/Credits** $0.00

**Balance Due** $241.15

*Thank you for your business and your prompt payment.*

Received and Approved by:_____  Date:_____



**WASHINGTON, DC. | PHILADELPHIA, PA. | TYSON'S CORNER, VA.**

1444 Eye Street NW
Lower Level
Washington, DC 20005
202-682-1100
www.crglegal.com

# INVOICE

TERMS NET
15 DAYS

| Invoice Date | 11/26/2008 |
| --- | --- |
| Account # | BREDHOFF |
| Invoice # | 08-11161 |
| Job # | 11172 |
| Due Date | 12/11/2008 |

Bill To:

Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, NW
Washington DC 20005

Ship To:

Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, NW
Washington DC 20005

| Order Date | Account Manager | Client/Matter # | Ordered By |
| --- | --- | --- | --- |
| 11/24/2008 | MH | 536-2 | Tracy Mickelson |

| Item | Quantity | Description | Rate | Amount |
| --- | --- | --- | --- | --- |
| B | 1,482 | B-Light Litigation | 0.11 | 163.02T |
| Binding | 20 | Binding Services : GBC | 2.00 | 40.00T |
|  |  | Sales tax | 5.75% | 11.67 |

GL-1203
DC-11

Please Remit to:
Counselor Resource Group, LLC
1444 Eye Street NW
Lower Level
Washington DC 20005
202-682-1100

Tax ID# 202137300

Payments/Credits                $0.00

**Balance Due**                  $214.69

*Thank you for your business and your prompt payment.*

Received and Approved by: _Tracy Michelson_    Date: 12/4/08